# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0537
_____

DALLAS AARON BROGDON,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Tiffany M. Baker-Carper, Judge.


May 1, 2026

PER CURIAM.

    AFFIRMED.

ROBERTS, M.K. THOMAS, and NEFF, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*
_____

Jessica J. Yeary, Public Defender, and Kortney Marie Lightfoot, Megan Lynne Long, and Jessica Kasey Helms Lacey, Assistant Public Defenders, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.